# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**SMARTPHONE TECHNOLOGIES LLC** §
§
v. § CASE NO. 6:14cv147-JDL
§
**ZTE CORPORATION, et al.** §

## ORDER DISMISSING CLAIMS

Before the Court is the Agreed Motion to Dismiss all claims by Plaintiff SmartPhone Technologies LLC against Defendants ZTE Corporation, et al with prejudice. After considering the Motion, and finding that good cause exists for its entry, it is hereby **ORDERED** that all claims by Plaintiff SmartPhone Technologies LLC against Defendants ZTE Corporation, et al be and are hereby **DISMISSED** from the above-entitled and numbered causes with prejudice, that all counterclaims of ZTE Corporation, et al against Plaintiff SmartPhone Technologies LLC are **DISMISSED** without prejudice, and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 21st day of August, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE